**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

Case No.: 5:19-cv-00492-OC-30-PRL

CLAYTON V. SWEARINGEN,

        Plaintiff,

v.

GATEWAY ONE LENDING & FINANCE, LLC,

        Defendant.

_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, Clayton V. Swearingen ("Plaintiff"), by and through its undersigned counsel, submits this Notice of Settlement and states as follows:

1.    On September 27, 2019, Plaintiff filed a Complaint against Defendant, Gateway One Lending & Finance, LLC. (ECF No. 1).

2.    As of today, a resolution in principle of the action has been achieved. Plaintiff estimates that the resolution can be finalized and consummated within thirty days from today and respectfully requests a stay pending such resolution in order to conserve the Court's and the parties' resources.

Dated: February 28, 2020                        Respectfully submitted

                                                        /s/ Alexander J. Taylor
                                                        Alexander J. Taylor, Esq.
                                                        Florida Bar No. 1013947
                                                        *Counsel for Plaintiff*
                                                        Sulaiman Law Group, Ltd
                                                        2500 S Highland Ave, Suite 200

- 2 -

        Lombard, IL 60148
        Telephone: (630) 575-8181
        ataylor@sulaimanlaw.com

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record, including:

Christina Olivos, Esq.
REED SMITH, LLP
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131
Tel: (786) 747-0200
Fax: (786) 747-0299
colivos@reedsmith.com
*Counsel for Defendant*

/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.